McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, SBN 189450

    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8943
    Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MACHADO, | Case No. 07-cv-0955 LJO TAG |
|     Plaintiff, | STIPULATION AND ORDER THEREON GRANTING EXTENSION OF TIME TO RESPOND |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval, as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's complaint. The current due date is November 30, 2007. The new due date will be December 30, 2007.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

| | | | |
|---|---|---|---|
| 1 | DATED: November 29, 2007 | By: | /s/ Lawrence D. Rohlfing |
| 2 | | | (As agreed via telephone) |
| 3 | | | LAWRENCE D. ROHLFING<br>Attorney at Law |
| 4 | | | Attorney for Plaintiff |

United States Attorney

DATED: November 29, 2007     By:     /s/ Theophous H. Reagans
                                     THEOPHOUS H. REAGANS
                                     Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL
LUCILLE GONZALES MEIS
REGIONAL CHIEF COUNSEL,
REGION IX
UNITED STATES SOCIAL SECURITY
ADMINISTRATION

IT IS SO ORDERED.

Dated:   **November 29, 2007**          /s/ **Theresa A. Goldner**
                                        UNITED STATES MAGISTRATE JUDGE