Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670

Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: Rohlfing_office@msn.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MACHADO, | Case No.: CV 07-00955 TAG |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY ORDERED that plaintiff may have an extension of time from April 21, 2008, to and including May 5, 2008, to file the opening brief in this matter. *This order is made nunc pro tunc to 4/21/2008.*

IT IS SO ORDERED.

DATE: 4/23/2008

THERESA A. GOLDNER
United States Magistrate Judge

-1-