Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, California 90670-4756
Tel: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfinglaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MACHADO, | Case No.: 07-CV-00955 TAG |
| Plaintiff, | [PROPOSED] ORDER TO FILE PLAINTIFF'S LATE OPENING BRIEF |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The clerk is directed to mark plaintiff's opening brief as filed.

IT IS SO ORDERED.

DATE: May 12, 2008

THE HONORABLE THERESA A. GOLDNER
UNITED STATES MAGISTRATE JUDGE

-1-