McGREGOR W. SCOTT
United States Attorney
District of Arizona
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8980
Facsimile: (415) 744-0134
E-Mail: theophous.reagans@ssa.gov
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MACHADO, | Case No. 07-cv-955-TAG |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that Defendant's time to respond to Plaintiff's motion for summary judgment be extended from June 9, 2008 to July 9, 2008.

This is the Defendant's first request for an extension of time to respond to Plaintiff's motion for summary judgment.

///

///

1

The Defendant needs to further review the file in this matter.

Respectfully submitted this 9th day of June 2008.

DATED: June 9, 2008            /s/ Lawrence Rohlfing
                               (*As agreed via telephone*)
                               LAWRENCE ROHLFING
                               Attorney at Law
                               Attorney for Plaintiff


                               McGREGOR W. SCOTT
                               United States Attorney

DATED: June 9, 2008    By:     /s/ Theophous H. Reagans
                               THEOPHOUS H. REAGANS
                               Special Assistant U.S. Attorney
                               Attorneys for Defendant


## ORDER

The Court has read and considered the parties' stipulation and concludes that good cause exists to grant an extension of time for Defendant to file a response to Plaintiff's motion for summary judgment.  Accordingly, Defendant shall have to and including July 9, 2008, to file a response.  This order is made nunc pro tunc to June 9, 2008.

IT IS SO ORDERED.

Dated:  **June 11, 2008**                    /s/ Theresa A. Goldner
                                             UNITED STATES MAGISTRATE JUDGE