IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MACHADO, ) | 1:07 CV 00955 JLT |
| ) | |
| Plaintiff, ) | ORDER AWARDING EQUAL ACCESS TO |
| ) | JUSTICE ACT ATTORNEYS FEES AND |
| v. ) | EXPENSES PURSUANT TO |
| ) | 28 U.S.C. § 2412 (d) AND COSTS |
| ) | PURSUANT TO 28 U.S.C. § 1920 |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | (Doc. 34) |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff Rick Machado and Defendant Michael J. Astrue, Commissioner of Social Security, have stipulated for the award and payment of attorneys fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (d).  (Doc. 34).

    Accordingly, subject to the terms of the parties' stipulation, IT IS HEREBY ORDERED: fees and costs in the amount of $11,020.00 are **AWARDED** to Plaintiff, Rich Machado.

IT IS SO ORDERED.

Dated:  **March 25, 2011**　　　　　　　　　　　　　　 /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE