IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK MACHADO,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:07 CV 00955 JLT<br><br>ORDER REMANDING MATTER<br><br>(Doc. 32) |

On August 4, 2010, the Ninth Circuit Court of Appeals affirmed in part but reversed in part and remanded the matter for the ALJ to revisit the issues of Plaintiff's manual dexterity and finger dexterity. (Doc. 32 at 3) The Court ordered, on remand, that the ALJ determine whether these limitations placed Plaintiff within the bottom 10 percent of the population. Id. at 3-4.

Accordingly, subject to the Mandate of the Ninth Circuit Court of Appeals made final on September 28, 2010, the Court **HEREBY REMANDS** this matter pursuant to sentence for further proceedings consistent with this decision. The Clerk of Court **IS DIRECTED** to enter judgment in favor of Plaintiff Rick Machado and against Defendant Michael J. Astrue, Commissioner of Social Security and to **CLOSE** this matter.

IT IS SO ORDERED.

Dated:  **March 25, 2011**                              /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE